**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CLIFTON WARNER,                                                                                          PLAINTIFF
ADC #651119

v.                                              5:10-cv-00329-JMM-JJV

MICHAEL WILLIAMS, ADC #85682,
Inmate, Varner Unit, ADC; ARKANSAS
DEPARTMENT OF CORRECTION,                                                                    DEFENDANTS

**JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. This dismissal counts as a "strike" within the meaning of 28 U.S.C. § 1915(g). The relief sought is denied.

The Court further certifies that an *in forma pauperis* appeal from any Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 19th day of January, 2011.

*/s/ James M. Moody*
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE